AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| | CASE NUMBER: 1:09-127 LTS |
| ANATOLY P. DOLGOV | USM NUMBER: |
| | Peter Krupp |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.22(b)(1) | Unsafe Operation | 10/7/10 | 2 |

☒ Count(s) 1-36CFR4.23(a)(2) Operation under the Influence   ☒ is ☐ are   dismissed by directed verdict by finding of Not Guilty

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 25.00 special assessment | $ 200.00 |
|  | $ 10.00 Court costs | Total amount due $235.00 by 11/7/10 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

October 7, 2010
Date of Imposition of Judgment

_(signature)_
Signature of Judge

LEO T. SOROKIN, UNITED STATES MAGISTATE JUDGE
Name and Title of Judge

October 14, 2010
Date